# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| JOSE QUINONES-FIGUEROA | Case Number: 8:08-cr-228-T-17EAJ |
| | USM Number: 57737-004 |
| | John E. Bergendahl, ret |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1, 2, 3 and 4__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Conspiracy to possess with intent to distribute 100 grams or more of Heroin | April 16, 2008 |
| 2 | Distribution of Heroin | March 4, 2008 |
| 3 | Distribution of Heroin | March 15, 2008 |
| 4 | Possession with intent to distribute Heroin | April 16, 2008 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 13, 2009
Date of Imposition of Judgment

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

8-18-09
Date

| | |
|---|---|
| Defendant: Jose Quinones-Figueroa | Judgment - Page 2 of 2 |
| Case No.: 8:08-cr-228-T-17EAJ | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FIFTEEN (15) MONTHS. This term of imprisonment shall run consecutive to the term of imprisonment that is to be given in Case No. 8:08-cr-308-T-27AEP. Upon service of this sentence, the defendant shall be discharged from further jurisdiction from further jurisdiction of this Court.**

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

\_\_\_\_ at _____ a.m.   p.m.   on _____.

\_\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

\_\_\_\_ before 2 p.m. on _____.

\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL